# RETURN

| DATE WARRANT RECEIVED | DATE AND TIME WARRANT EXECUTED | COPY OF WARRANT AND RECEIPT FOR ITEMS LEFT WITH |
|---|---|---|
| 2-6-06 | 2-8-06 | Danielle Steele |

| INVENTORY MADE IN THE PRESENCE OF |
|---|
| Danielle Steele |

| INVENTORY OF PROPERTY SEIZED PURSUANT TO THE WARRANT |
|---|
| 2005 Chrysler 300, Vin: 2C3AA53G65H612718 |

## CERTIFICATION

I swear that this inventory is a true and detailed account of the property seized by me on the warrant.

*Joe Nunen*

Subscribed, sworn to, and returned before me this date.

*Vanzetta Penn McPherson*
U.S. Judge or Magistrate

2/15/06
Date